EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex parte:<br><br>Aprobación de Cambio de Estatus Inactivo de octubre de 2024 | 2024 TSPR 124<br><br>214 DPR ___ |

Número del Caso: EM-2024-0016

Fecha: 27 de noviembre de 2024

Materia: Aprobación de Cambio de Estatus Inactivo de octubre de 2024.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

Aprobación de Cambio de Estatus          EM-2024-0016
Inactivo de octubre de 2024

RESOLUCIÓN

En San Juan, Puerto Rico, a  27  de noviembre de 2024.

Durante el periodo de octubre de 2024, este Tribunal autorizó el cambio a estatus como Abogado(a) Inactivo(a) a las abogadas y los abogados siguientes:

Oreste V. Ramos Díaz              4,030

Irwin H. Flashman Filene          5,140

Enid Martínez Moya                5,367

Juan R. Ortiz Ramírez             8,935

Paul A. Ferrer Pérez              13,797

Elaine M. Rodríguez Romero        14,078

Sonsiré Vargas Calderón           17,091

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo